

**FILED**

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0259

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0259

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID JOSEPH CORD,

Defendant and Appellant.

**FILED**

MAY 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

As a self-represented litigant, David Joseph Cord filed a Notice of Appeal with this Court on May 7, 2020, after initially filing it in the Fifteenth Judicial District Court, Roosevelt County. He has also filed a "Motion to Waive Fees and Appointment of the Appellate Defender." As grounds, Cord states that he is incarcerated and that he is unable to afford counsel to represent him. We observe that he also filed a Notice of Transcripts Deemed Necessary for Appeal.

This Court secured a copy of the District Court's February 28, 2020 final judgment in Cause No. DC-18-37. Cord appeals a Judgment and Sentence, where the District Court sentenced Cord to the Department of Corrections for forty years with thirty-five years suspended for felony sexual assault following a jury trial. Cord was represented by counsel.

Cord has a recent felony conviction, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Cord's Motion for Appointment of Counsel is GRANTED.

The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to David Joseph Cord personally.

DATED this _____ day of May, 2020.

For the Court,

By _____
Chief Justice